**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John J. SCHWARTZER, Petitioner**

**No. 41 MAL 2017**

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Julio A. BONILLA, Petitioner**

**No. 920 MAL 2016**

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Willie HART, Petitioner**

**No. 72 EAL 2017**

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**